## DIANE GROSSI *v.* CITY OF NEW HAVEN
## (AC 31619)

Lavine, Beach and Alvord, Js.

Argued December 13—officially released December 28, 2010

Per Curiam. The judgment is affirmed.

## STATE OF CONNECTICUT *v.* YVES J.
## (AC 31335)

Alvord, Bear and West, Js.

Argued December 10—officially released December 28, 2010

Per Curiam. The judgment is affirmed.

## GUARANTY BANK *v.* RICHARD PATTERSON ET AL.
## (AC 32113)

Gruendel, Beach and Peters, Js.

Argued December 2—officially released December 28, 2010

Per Curiam. The judgment is affirmed.